UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JEANNIE HOLOHAN,

                       Plaintiff,         Civil Action No.:
                                           18-CV-6275 (AJN)

   -against-

NEWMARK & COMPANY REAL ESTATE, INC.,
AND MERRILL L. ROTH, INDIVIDUALLY       **NOTICE OF MOTION**

                             Defendants.
-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE THAT,** upon the Defendants' Memorandum of Law in Support of Their Motion to Dismiss; and upon all of the papers and proceedings herein, defendants Newmark & Company Real Estate, Inc. and Merrill L. Roth (collectively, the "Defendants"), will move this Court, before The Honorable Alison Nathan, United States District Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, on a date and time to be set by the Court for an order:

(i) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint in its entirety; and

(ii) granting to the Defendants such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
         October 19, 2018

                                         **GOLDBERG SEGALLA LLP**

                                         /s/ Peter J. Biging
                                         PETER J. BIGING, ESQ.
                                         ALLISON E. IANNI, ESQ.
                                         JOANNE J. ROMERO, ESQ.
                                         Attorneys for Defendants
                                         711 Third Ave., Suite 1900
                                         New York, New York 10017
                                         Ph. 646.292.8700
                                         Fax 646.292.8701
                                         E-mail:  pbiging@goldbergsegalla.com
                                                             aianni@goldbergsegalla.com
                                                             jromero@goldbergsegalla.com