

**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

OCT 3 1 2018

October 29, 2018

SO ORDERED 10/30/18

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**VIA ECF**
The Honorable Allison J. Nathan
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Jeannie Holohan v. Newmark & Company Real Estate, Inc, et al.**
       **Docket No. 1:18-cv-06275(AJN)**

Dear Judge Nathan:

This office represents Plaintiff, Jeannie Holohan, in the above-referenced matter. Pursuant to the court's order on October 24, 2018, Plaintiff respectfully submits this letter notifying the court and Defendants that Plaintiff is declining to amend her pleadings and intends to oppose Defendants' Motion to Dismiss.

Further, the parties have conferred and have agreed to the following briefing schedule for Defendants Motion to Dismiss:

- Plaintiff's opposition to Defendants' Motion to Dismiss shall be filed on or before November 16, 2018;
- Defendants' reply to Defendants' Motion to Dismiss shall be filed on or before December 7, 2018.

SO ORDERED.

We respectfully request that this agreed upon briefing schedule be granted by Your Honor. We thank the court for its time and attention to this matter.

Respectfully Submitted,

/s/Brittany A. Stevens
Brittany A. Stevens, Esq.
Marjorie Mesidor, Esq.

To:   All parties of record (Via ECF)