

Joanne J. Romero  |  Associate
Direct 646.292.8713  |  jromero@goldbergsegalla.com

July 11, 2019

**VIA ECF**

The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      **Re:**  *Jeannie Holohan v. Newmark & Company Real Estate, Inc., and Merrill L. Roth, Individually*
            **Case No. 18-cv-06275**

Dear Judge Nathan:

    We represent Defendants Newmark & Company Real Estate, Inc. and Merrill L. Roth (collectively the "Defendants") in the above-referenced action.  Pursuant to Rule 3(H) of Your Honor's Individual Practices, we write to respectfully alert Your Honor that more than 90 days have passed since Defendants' motion to dismiss was fully briefed on December 7, 2018 (see ECF Doc. No. 24) without oral argument or a decision having been issued on this matter.

    Respectfully submitted,

    **GOLDBERG SEGALLA LLP**

    /s/ *Joanne J. Romero*

    Joanne J. Romero

cc:  All Counsel of Record via ECF