UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeannie Holohan,

        Plaintiff,

–v–

Newmark & Company Real Estate, Inc. *et al.*,

        Defendants.



18-cv-6275 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the Court's resolution of Defendants' motion to dismiss, Dkt. No. 27, an initial pretrial conference is scheduled in this case for October 25, 2019 at 3:30 PM. One week in advance of the conference, the parties shall provide the joint letter and proposed case management plan described in the Court's previous order of July 24, 2018. *See* Dkt. No. 6.

SO ORDERED.

Dated: September 19, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge